UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Fernando Alfaro Enriquez,<br>Petitioner<br>v.<br>Todd Blanche, et al.,<br>Respondents | Case No. 2:26-cv-02982-CDS-DJA<br>**Order Granting Petitioner's IFP Application and Second Motion to Extend Time and Denying as Moot Petitioner's First Motion to Extend Time**<br>[ECF Nos. 11, 12, 13] |

This action was reassigned to me after screening. ECF Nos. 15, 16. Petitioner Fernando Alfaro Enriquez has filed two motions to extend time (ECF Nos. 11, 12) and an application to proceed *in forma pauperis* (ECF No. 13). I find that good cause exists to grant the IFP application.

In his second motion for an extension of time, Alfaro Enriquez's counsel requests an additional 14 days, until October 23, 2026, to file an amended petition while counsel awaits records relating to a motion to reopen removal proceedings before the Board of Immigration Appeals. ECF No. 12. Because the petitioner's motion to extend time is unopposed, *id.* at 2, I grant that motion as well. Alfaro Enriquez must file a first amended petition by November 10, 2026. The respondents must file a response within fourteen days after being served with the amended petition. The petitioner will have five days to file a reply.

It is hereby ordered that the petitioner's application to proceed *in forma pauperis* **[ECF No. 13]** and second motion to extend time **[ECF No. 12] are granted**.

It is further ordered that the petitioner's first motion to extend time **[ECF No. 11] is denied as moot**.

Dated: November 3, 2026

Cristina D. Silva
United States District Judge